**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

| | | |
|---|---|---|
| RANDY F. ANDERSON, | : | No. 36 WM 2023 |
| | : | |
| Petitioner | : | |
| | : | |
| v. | : | |
| | : | |
| COURT OF COMMON PLEAS OF | : | |
| GREENE COUNTY, OFFICE OF | : | |
| DISTRICT ATTORNEY AND JUDGE | : | |
| LOUIS M. DAYICH, | : | |
| | : | |
| Respondents | : | |

## ORDER

**PER CURIAM**

**AND NOW**, this 5th day of December, 2023, the Application for Leave to File Original Process is GRANTED, and the Petition for Writ of Mandamus is DENIED. The Prothonotary is DIRECTED to strike the name of the jurist from the caption.